| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| MICHAEL CRAWFORD, | § | |
| Plaintiff, | § § § | |
| versus | § § | CIVIL ACTION NO. 9:20-CV-20 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action came on before the court, Honorable Marcia A. Crone, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** with prejudice.

All motions by either party not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 15th day of March, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE